THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS K. LIGGETT COMPANY, Appellant.— Judgment affirmed. . No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.

WALTER SILBER, Respondent, v. GRAND TOOL AND MACHINE WORKS, INC., Appellant.— Judgment and order reversed and new trial ordered. with costs to appellant to abide event, on the ground that the finding of the jury that the alleged contract as set forth in the complaint was made between the plaintiff and the defendant is against the weight of the evidence. Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.

SIDNEY B. KLEE, Respondent, v. POSTAL LIFE INSURANCE COMPANY, Appellant.— Determination affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.; Shearn, J., dissented.

FRANCIS L. KOHLMAN, as Trustee in Bankruptcy of SCIENTIFIC AMERICAN COMPILING DEPARTMENT, a New Jersey Corporation, Appellant, v. CHARLES S. HUNTLEY, Respondent.— Judgment affirmed, with costs.  No opinion. Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.

NEW YORK LIFE INSURANCE AND TRUST COMPANY, as Substituted Trustee, etc., Respondent, v. ALBERT EUGENE GALLATIN and Others, Respondents, Impleaded with ROBERT LARGE and Others, Appellants, and Others.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.

EMPIRE KAOLIN COMPANY, Appellant, v. ALFRED FRANK and Others, Respondents.— Order modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements to respondents.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.

PAULINE SENNERT, Appellant, v. CHARLES WEISBECKER, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.

In the Matter of the Election of Directors of PEERLESS IRON WORKS, INC., Respondent.  ROBERT E. SCHOLZ, Appellant; CHARLES J. SPECHT and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.